UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| BRANDY B., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 3:18-cv-05991-MAT <br><br><br> ORDER OF REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will first consider whether it is able to issue a decision. If the Appeals Council is unable to issue a decision, the Appeals Council will remand to an Administrative Law Judge to obtain additional evidence from a

medical expert; further consider whether Plaintiff's impairments met or equaled a Listing, including Listing 11.03; reconsider Plaintiff's residual functional capacity, in light of the updated record; and issue a new decision.

Upon proper application, the Court will consider whether reasonable attorney fees should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this <u>19th</u> day of August, 2019.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov

Page 2   ORDER OF REMAND [3:18-cv-05991-MAT]

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone: (206) 615-3858